UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| THE EMPLOYEE BENEFITS ADMINISTRATION COMMITTEE, For and On Behalf of Northwestern Energy Flexible Compensation Plan and Its Component Plan the Health Benefit Plan for All Active Employees of Northwestern Corporation, d/b/a, NorthWestern Energy<br><br>Plaintiff,<br><br>vs.<br><br>ALASKACARE RETIREE HEALTH PLAN,<br><br>Defendant. | 4:21-CV-04119-KES<br><br><br><br>JUDGMENT |

Under the court's order dismissing the case, it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice to the extent the complaint is based on acts or omissions occurring before November 23, 2021, and is otherwise dismissed without prejudice, with each party to bear its own costs, expenses, and attorney's fees and other expenses incurred in connection with this action, except to the extent expressly provided otherwise in the parties' settlement agreement.

Dated December 8, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE